IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| BARBARA COX, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. |
| | ) | |
| vs. | ) | **JURY DEMAND** |
| | ) | |
| TAC, LLC, | ) | **08 C 50190** |
| | ) | |
| Defendant. | ) | **JUDGE KAPALA** |
| | | **MAGISTRATE JUDGE MAHONEY** |

**COMPLAINT**

Plaintiff, BARBARA COX, by and through her attorneys, RENO & ZAHM LLP, complains of Defendant, TAC, LLC, as follows:

**PARTIES AND JURISDICTION**

1. This Complaint is brought for a violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. §621, et. seq. (the "ADEA"). Jurisdiction and venue are based upon 28 U.S.C. §§1331, 1391 and 29 U.S.C. §626.

2. At all times relevant hereto, the Plaintiff was a resident of the State of Illinois.

3. At all times relevant hereto, the Defendant was an "employer" as that term is defined in the ADEA.

4. At all times relevant hereto, Defendant had approximately in excess of 500 employees.

5. Plaintiff timely filed a Charge of Employment Discrimination against the Defendant with the Equal Employment Opportunity Commission and the Illinois Department of Human Rights on September 27, 2007.

## AGE DISCRIMINATION

1. Plaintiff incorporates paragraphs 1-5 above as paragraphs 1-5 of her Complaint.

6. Prior to July 27, 2007, Plaintiff was employed by Defendant. The last position held by Plaintiff was that of Human Resource Manager.

7. During the course of her employment with Defendant, Plaintiff consistently received favorable performance evaluations.

8. Plaintiff was qualified for and performed the duties of her position.

9. Defendant terminated Plaintiff from her employment effective as of July 27, 2007.

10. At the time of termination of her employment, Plaintiff was 53 years of age.

11. At about the time of Plaintiff's termination, Defendant assigned many of Plaintiff's former duties to Amity Hoenisch, approximately age 27, and Ms. Hoensich was given the title of Human Resource Manager.

12. Plaintiff was qualified and able to perform all duties assigned to Amity Hoenisch.

13. Defendant terminated Plaintiff on account of her age, in violation of the ADEA.

14. As a result of Defendant's actions, Plaintiff has suffered economic loss.

15. Defendant, at the time of Plaintiff's termination, was aware of the existence of the ADEA and the fact that the ADEA prohibited termination of an employee on the basis of age.

16. Defendant acted knowingly and willfully, or with reckless disregard to the requirements of the ADEA, in violation of the ADEA when it terminated Plaintiff.

WHEREFORE, and for the reasons stated above, Plaintiff, Barbara Cox, respectfully requests that the Defendant, TAC, LLC be found in violation of the ADEA, that judgment enter against the Defendant and one or more of the following relief be granted:

  A. Back pay and lost benefits.

  B. Front pay and lost benefits.

  C. Reinstatement.

  D. Attorneys' Fees and Costs.

  E. Liquidated damages for Defendant's willful violation of the ADEA.

  F. All other actual and equitable damages and relief as allowed by law.

### PLAINTIFF DEMANDS TRIAL BY JURY

Dated: August 29, 2008

          RESPECTFULLY SUBMITTED,

          BARBARA COX

          By: RENO & ZAHM LLP

          By:  /s/ Craig P. Thomas

RENO & ZAHM LLP
By: Craig P. Thomas
   Jan H. Ohlander
2902 McFarland Rd, Suite 400
Rockford, IL 61107
Ph (815) 987-4050
Fx (815) 987-4092

## ATTORNEY'S CERTIFICATE

      I, Craig P. Thomas, hereby certify that I have read the attached pleading, that to the best of my knowledge, information, and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law and that it is not interposed for any improper purpose, such as to harass or to cause any unnecessary delay or needless increase in the cost of litigation.

                              /s/ Craig P. Thomas

RENO & ZAHM LLP
2902 McFarland Road, Suite 400
Rockford, IL 61107
(815)987-4050