# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

BARBARA COX, Plaintiff

vs.

TAC, LLC, Defendant

Case Number:

**08 C 5 0 1 90**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BARBARA COX

**FILED**

AUG 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) JAN H. OHLANDER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ JAN H. OHLANDER | |
| FIRM RENO & ZAHM LLP | |
| STREET ADDRESS 2902 MCFARLAND ROAD, SUITE 400 | |
| CITY/STATE/ZIP ROCKFORD, IL 61107 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3124934 | TELEPHONE NUMBER (815) 987-4050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |